FRANKLIN SIDWAY, as Executor, etc., Appellant, *v.* CUBA STATE BANK, Respondent.

(Argued March 14, 1889; decided March 29, 1889.)

APPEAL from order of the General Term of the Supreme Court in the fourth judicial department, made October 19, 1883, which reversed a judgment in favor of plaintiff, entered upon the report of a referee and ordered a new trial before another referee.

*Ernest K. Weaver* for appellant.

*H. E. Sickels* for respondent.

Agree to affirm order and for judgment absolute against plaintiff on stipulation; no opinion.
All concur.
Ordered accordingly.